UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                           Case No. 25-30457
                                            Originating No.25MJ00562

**FLOYD WALKER,**

      Defendant.

_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **FLOYD WALKER,** to answer to charges pending in another federal district, and states:

1. On **July 17, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Ohio based on a Criminal Complaint**. Defendant is charged in that district with violation **of 18 USC Section 371 – Conspiracy to Commit an Offense Against the United States - False Statements During the Purchase of a Firearm**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                JEROME F. GORGON, JR.
                United States Attorney

                s/*Barbara Lanning*
                BARBARA LANNING
                Assistant U.S. Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI 48226
                (313) 226-9100

Dated: July 17, 2025